THOMAS K. GODFREY
Assistant U.S. Attorney
U.S. Attorney's Office
U.S. Federal Courthouse
2601 2nd Avenue North, Box 3200
Billings, MT  59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: Thomas.Godfrey@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18- 56 -BLG- SPW |
|---|---|
| Plaintiff, | INDICTMENT |
| vs.<br><br>DANTE KESHAWN STANDSOVERBULL,<br><br>Defendant. | ASSAULT OF A DATING PARTNER BY STRANGULATION<br>(Count I)<br>Title 18 U.S.C. §§ 1153 and 113(a)(8)<br>(Penalty: Ten years imprisonment, $250,000 fine, and three years supervised release)<br><br>ASSAULT RESULTING IN SUBSTANTIAL BODILY INJURY TO A DATING PARTNER<br>(Count II)<br>Title 18 U.S.C. §§ 1153 and 113(a)(7)<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |

1

THE GRAND JURY CHARGES:

COUNT I

That on or about August 18, 2017, at Pryor, in the State and District of Montana, and on and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, DANTE KESHAWN STANDSOVERBULL, an Indian person, intentionally assaulted P.Y., a dating partner of DANTE KESHAWN STANDSOVERBULL, by strangling P.Y., in violation of 18 U.S.C. §§ 1153 and 113(a)(8).

COUNT II

That on or about August 18, 2017, at Pryor, in the State and District of Montana, and on and within the exterior boundaries of the Crow Indian Reservation, being Indian Country, the defendant, DANTE KESHAWN STANDSOVERBULL an Indian person, intentionally assaulted P.Y., a dating partner of DANTE KESHAWN STANDSOVERBULL, resulting in substantial bodily injury, in violation of 18 U.S.C. §§ 1153 and 113(a)(7).

//
//
//
//
//
//

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

KURT G. ALME
United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____
Warrant: X _____
Bail: _____