

FILED

FEB 1 4 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18-56-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| DANTE KESHAWN STANDSOVERBULL, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Thursday, February 28, 2019 at 9:30 a.m., is **VACATED** and **RESET** to commence on **Friday, March 8, 2019, at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 13th day of February, 2019.

Susan P. Watters
SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1